■ The People of the State of New York, Respondent, v Robert Norman, Appellant.

No opinion. Concur—Murphy, P. J., Sandler, Asch, Rosenberger and Wallach, JJ.